UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-21630-CIV-MORENO

**VICTOR ARIZA**,

    Plaintiff,

vs.

**JPI TRADECONSULT, INC.,**
**d/b/a SOFADREAMS, a Florida**
**for-profit corporation,**

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

    Dated:  August 5, 2022.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By ___*s/ Roderick V. Hannah*___ | By ___*s/ Pelayo M. Duran*___ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of August, 2022, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel and by email on the Defendant on address provided below:

Defendant JPI Tradeconsult Inc. d/b/a Sofadreams
c/o Jan Pietruske President
1249 Stirling Road
Suite 4
Dania Beach, FL  34004
Email:  jp@sofadreams.com

/s/ *Roderick V. Hannah*
       Roderick V. Hannah

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2022, a true and correct of the foregoing was electronically filed and served via e-mail counsel or parties of record on the Service List below:

Christine M. Dimitriou, Esq.
Russell Landy, Esq.
DAMIAN & VALORI
1000 Brickell Avenue, Suite 1020
Miami, FL  33131
(305) 371-3960
cdimitriou@dvllp.com
rlandy@dvllp.com

/s/ *Roderick V. Hannah*
      Roderick V. Hannah