UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 22-21630-CIV-MORENO

VICTOR ARIZA,

    Plaintiff,

vs.

JPI TRADECONSULT, INC., d/b/a
SOFADREAMS,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal with prejudice **(D.E. 10),** filed on **August 5, 2022**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant has neither answered the complaint nor moved for summary judgment. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of August 2022.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record